FILED

07 NOV 28 PM 4:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICARDO SANCHEZ-LOPEZ,<br>aka Jorge Gabriel Vargas,<br>Defendant. | Criminal Case No. '07 CR 3215 BTM<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about February 7, 2007, within the Southern District of California, defendant RICARDO SANCHEZ-LOPEZ, aka Jorge Gabriel Vargas, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

CPH:nlv:San Diego
11/28/07

CR

It is further alleged that defendant RICARDO SANCHEZ-LOPEZ, aka Jorge Gabriel Vargas, was removed from the United States subsequent to January 14, 1997.

DATED: November 28, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CAROLINE P. HAN
Assistant U.S. Attorney