**U.S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Correctional Center*

*808 Union Street*
*San Diego, CA 92101*

FILED
FEB 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

February 15, 2008

The Honorable Louisa S. Porter
United States Magistrate Judge
Southern District of California
940 Front Street
San Diego, CA 92101

RE: United States of America v. Ricardo Sanchez-Lopez
Docket Number: 07CR3215-BTM

Dear Judge Porter:

The purpose of this correspondence is to advise the Court of the status of a court ordered psychological evaluation on the above referenced defendant and to request an extension of time. Mr. Sanchez-Lopez' evaluation is being conducted by a psychologist at the Metropolitan Correctional Center in San Diego (MCC San Diego).

We requested and received and extension of time to complete this evaluation. However, we are requesting one additional week to complete the report. The Psychology Department is short staffed and our forensic psychologists are covering additional clinical duties. We respectfully request that the Court grant MCC San Diego until February 22, 2008 to complete the evaluation and prepare the report. If granted, we will provide the report to the Court and copies to the prosecuting and defense attorneys on or before February 28, 2008.

If you have any questions, please contact me at (619) 232-4555.

Sincerely,

Paula M. Jarnecke
Warden

cc: Charles L. Rees, Defense Attorney
William A. Hall, Assistant U.S. Attorney